THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH COHEN, Appellant.

(Submitted October 20, 1919; decided November 18, 1919.)

Motion for re-argument denied.   (See 223 N. Y. 406.)

---

WILLIAM HOLMAN, Appellant, v. WALTER R. PATTEN,
Respondent.

(Submitted November 17, 1919; decided November 25, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 227 N. Y. 22.)

---

PETER F. CAMPBELL, Respondent and Appellant, v. NELSON H. TUNNICLIFF, Appellant and Respondent.

THOMAS A. CAMPBELL, Respondent and Appellant, v. NELSON H. TUNNICLIFF, Appellant and Respondent.

Reported below, 185 App. Div. 506.

(Submitted November 17, 1919; decided November 25, 1919.)

MOTION in each of the above-entitled actions to dismiss the appeal of plaintiff from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motions were made upon the ground of failure to file the required undertakings.

*Francis S. Quinn* for motions.

*Leon N. Futter* opposed.

Motions denied, without costs and undertaking filed and served November 11, 1919, deemed permitted under section 1303 of the Code of Civil Procedure.